# Exhibit D



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION CORPORATION**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

**For Office Use Only**

**-FILED-**

File No.: BA20231219301
Date Filed: 8/3/2023

| Entity Details | |
|---|---|
| Corporation Name | KIA AMERICA, INC. |
| Entity No. | 1840178 |
| Formed In | CALIFORNIA |

| Street Address of Principal Office of Corporation | |
|---|---|
| Principal Address | 111 PETERS CANYON ROAD<br>IRVINE, CA 92606 |

| Mailing Address of Corporation | |
|---|---|
| Mailing Address | 111 PETERS CANYON ROAD<br>IRVINE, CA 92606 |
| Attention | |

| Street Address of California Office of Corporation | |
|---|---|
| Street Address of California Office | 111 PETERS CANYON ROAD<br>IRVINE, CA 92606 |

**Officers**

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| JaeJun Chang | 111 PETERS CANYON ROAD<br>IRVINE, CA 92606 | Secretary |
| Shinjae Roh | 111 PETERS CANYON ROAD<br>IRVINE, CA 92606 | Chief Financial Officer |
| SeungKyu Yoon | 111 PETERS CANYON ROAD<br>IRVINE, CA 92606 | Chief Executive Officer |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| SeungKyu Yoon | 111 PETERS CANYON ROAD<br>IRVINE, CA 92606 | Other | President |

**Directors**

| Director Name | Director Address |
|---|---|
| Ho-Sung Song | 111 PETERS CANYON RD.<br>IRVINE, CA 92606 |
| SeungKyu Yoon | 111 PETERS CANYON RD.<br>IRVINE, CA 92606 |

The number of vacancies on Board of Directors is: 0

| Agent for Service of Process | |
|---|---|
| California Registered Corporate Agent (1505) | C T CORPORATION SYSTEM<br>Registered Corporate 1505 Agent |

| Type of Business | |
|---|---|
| Type of Business | WHOLESALE DISTRIBUTOR VEHICLES |

Email Notifications

| | |
|---|---|
| Opt-in Email Notifications | No, I do NOT want to receive entity notifications via email. I prefer notifications by USPS mail. |
| **Labor Judgment** | |
| No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code. | |
| **Electronic Signature** | |
| ☒ By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign. | |
| *ANGELA BOLLINGER* <br> Signature | *08/03/2023* <br> Date |

B2008-2595 08/03/2023 9:50 AM Received by California Secretary of State