# Exhibit E



| | |
|---|---|
| **STATE OF CALIFORNIA**<br>*Office of the Secretary of State*<br>**STATEMENT OF INFORMATION**<br>**CORPORATION**<br>California Secretary of State<br>1500 11th Street<br>Sacramento, California 95814<br>(916) 653-3516 | **For Office Use Only**<br>**-FILED-**<br>File No.: BA20230581190<br>Date Filed: 4/6/2023 |

### Entity Details
| | |
|---|---|
| Corporation Name | HYUNDAI MOTOR AMERICA |
| Entity No. | 1274114 |
| Formed In | CALIFORNIA |

### Street Address of Principal Office of Corporation
| | |
|---|---|
| Principal Address | 10550 TALBERT AVENUE<br>FOUNTAIN VALLEY, CA 92708 |

### Mailing Address of Corporation
| | |
|---|---|
| Mailing Address | 10550 TALBERT AVENUE<br>FOUNTAIN VALLEY, CA 92708 |
| Attention | |

### Street Address of California Office of Corporation
| | |
|---|---|
| Street Address of California Office | 10550 TALBERT AVENUE<br>FOUNTAIN VALLEY, CA 92708 |

### Officers
| Officer Name | Officer Address | Position(s) |
|---|---|---|
| Jason Erb | 10550 TALBERT AVENUE<br>FOUNTAIN VALLEY, CA 92708 | Secretary |
| Randolph E. Parker | 10550 TALBERT AVENUE<br>FOUNTAIN VALLEY, CA 92708 | Chief Executive Officer |
| Kyoungjin Min | 10550 TALBERT AVENUE<br>FOUNTAIN VALLEY, CA 92708 | Chief Financial Officer |

### Additional Officers
| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| Ruth I. Eisen | 10550 TALBERT AVENUE<br>FOUNTAIN VALLEY, CA 92708 | Assistant Secretary | |
| Ron S. Haughey | 10550 TALBERT AVENUE<br>FOUNTAIN VALLEY, CA 92708 | Other | Vice President, Finance |
| Jose A Munoz Barcelo | 10550 TALBERT AVENUE<br>FOUNTAIN VALLEY, CA 92708 | Other | Executive Chairman |

### Directors
| Director Name | Director Address |
|---|---|
| Randolph E. Parker | 10550 TALBERT AVENUE<br>FOUNTAIN VALLEY, CA 92708 |
| Jose Munoz Barcelo | 10550 TALBERT AVENUE<br>FOUNTAIN VALLEY, CA 92708 |
| GOOWON YOON | 10550 Talbert Avenue<br>Fountain Valley, CA 92708 |

The number of vacancies on Board of Directors is: 0

| | |
|---|---|
| Agent for Service of Process | |
| California Registered Corporate Agent (1505) | CSC - LAWYERS INCORPORATING SERVICE<br>Registered Corporate 1505 Agent |
| Type of Business | |
| Type of Business | DISTRIBUTION OF HYUNDAI AUTO |
| Email Notifications | |
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |
| Labor Judgment | |
| No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code. | |
| Electronic Signature | |
| ☒ By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.<br><br>*RUTH I. EISEN*            *04/06/2023*<br>Signature            Date | |

B16571-1569 04/06/2023 4:04 PM Received by California Secretary of State