

UNITED STATES DISTRICT COURT
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Thomas G. Bruton  312-435-5670
Clerk

11/2/2023

Re:  City of Chicago v. Kia America, Inc. et al

USDC Case Number:  1:23-cv-14037

MDL Number:  3052

Dear Clerk:

Enclosed is the certified record that is being transferred to your court pursuant to an order entered by the MDL Judicial Panel on 11/1/2023**:**

    x   Was electronically transmitted to: Central District of California

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

                                      Sincerely.
                                      Thomas G. Bruton, Clerk

                                      By:    /s/ A. Ellis
                                                  Deputy Clerk

Enclosures

**New Case No.** _____           **Date** _____

    cc:    Non-ECF Attorneys and Pro se Parties

Rev. 11/10/2016